In the Matter of the Application of GIFTS BY WIRE, INC., Respondent, against HENRY E. BRUCKMAN and Others, Members of and Constituting the NEW YORK STATE LIQUOR AUTHORITY, Appellants, for an Order of Prohibition Pursuant to Sections 1283 to 1306, Article 78, Civil Practice Act, as Added by the Laws of 1937, Chapter 526.

First Department, February 18, 1938.

*Monroe I. Katcher, II,* of counsel [*William H. Ticho,* attorney for State Liquor Authority], for the appellants.

*Stanley Osserman* of counsel [*Theodore Tonkonogy* with him on the brief, attorneys], for the respondent.

PER CURIAM. The petitioner, who is not a licensee, has no standing to maintain this proceeding enjoining action that might be taken against parties who are licensees. Furthermore, the State Liquor Authority has jurisdiction under the Alcoholic Beverage Control Law to entertain proceedings against licensees. Since it has such jurisdiction, the order should not have been granted even if it be assumed that the jurisdiction would be erroneously exercised.

For such error, if error it be, a licensee might, in a proper case, seek relief by certiorari.

The order should be reversed, with twenty dollars costs and disbursements, and the motion denied.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, GLENNON and UNTERMYER, JJ.

Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied.